*Manly Fleischmann, Adelbert Fleischmann* and *Harold Horowitz* for appellant.

*Thomas R. Wheeler* and *LeGrand F. Kirk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

HENRIETTA STONE, Respondent, *v.* GREAT EASTERN STAGES, INC., Appellant, Impleaded with Another.

Submitted April 14, 1939; decided May 16, 1939.

*Fred H. Rees, Alexander Orr, Jr.,* and *Henry P. Goldstein* for appellant.

*Thomas O'Rourke Gallagher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIMON A. KEARNS, FRANK J. LEIGH, WILLIAM MUCKLER and JOHN W. NEVILLE, Appellants.

Argued April 17, 1939; decided May 16, 1939.